**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEONARD VAN NESS CHARLES,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>            Respondent. | No. CV 25-2001-DOC(E)<br><br><br>JUDGMENT |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 17, 2025.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE